MOUNT KISCO NATIONAL BANK AND TRUST COMPANY, as Trustee under a Trust Agreement between JAMES A. BENEDICT, KITTIE D. BENEDICT, and MOUNT KISCO NATIONAL BANK AND TRUST COMPANY, Respondent, v. JAMES A. BENEDICT, Appellant.— In an action upon a trust agreement, order denying defendant's motion to dismiss the second amended complaint on the ground of insufficiency, affirmed, with $10 costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [185 Misc. 393.] [See *post*, p. 819.]

SAMUEL ORAM et al., Respondents, v. DAVID J. KIRCHIK et al., Appellants.— In an action for specific performance of an agreement to sell stock, order denying motion of defendants to dismiss the complaint affirmed, with $10 costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. There is an issue presented as to the construction to be accorded the term " assets " as used in the written contract. Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BLACK, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law (book-making), and order overruling demurrer, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ.

MARIAN SEIFFERT et al., Respondents, v. RUTH WAY, Defendant, and CITY OF BEACON, Appellant.— Action by plaintiff wife to recover damages for personal injuries and property damage, and companion action by plaintiff husband to recover damages for personal injuries, for expenses, and for loss of services. Order denying appellant's motion to dismiss the amended complaint, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ., concur.

CHARLES WEISENSEE, Respondent, v. DOROTHY D. TURKUS, Appellant. WILLIAM J. KINSELLA Co., INC., Third Party-Respondent.— Action to recover damages for personal injuries suffered by plaintiff as the result of a fall in a store conducted by him in a building owned by appellant. Order denying appellant's motion to implead a third party as a defendant, pursuant to subdivision 2 of section 193 of the Civil Practice Act, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ., concur.